MOLLIE RUSSIN, Respondent, *v.* SAMUEL H. RUSSIN, Appellant.

Submitted January 14, 1949; decided March 3, 1949.

*David Goldstein* and *Lawrence Kovalsky* for motion.
*Samuel A. Bloom* and *Bertha Schwartz* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless within fifteen days all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.

SAM SCARNATO, Appellant and Respondent, *v.* STATE OF NEW YORK, Respondent and Appellant. (Claim No. 28192.)

Submitted February 21, 1949; decided March 3, 1949.

Motion for reargument or to amend the remittitur denied, with $10 costs and necessary printing disbursements. [See 298 N. Y. 376.]

JANE E. BETZAG, as Administratrix of the Estate of JOHN A. BETZAG, Deceased, et al., Appellants, *v.* GULF OIL CORPORATION, Respondent.

Submitted February 21, 1949; decided March 3, 1949.

Motion to amend remittitur and motion for reargument denied, with $10 costs and necessary printing disbursements. [See 298 N. Y. 358.]